Law Offices of Travis Gagnier, Inc., P.S.          Honorable Mary Jo Heston
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234 Fax 941-0476

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**LOAIZA-MARTINEZ, Guillermo,**

Debtor.
_____

**LOAIZA-MARTINEZ, Guillermo,**


Plaintiff,
**v.**

**UNITED STATES OF AMERICA
ACTING THOUGH THE U.S.
DEPARTMENT OF EDUCATION**

Defendant.

Case No. 25-41711

Adversary Number: 25-04057

**STIPULATION FOR ORDER OF
DISMISSAL**

   This Stipulation is entered into by and between Plaintiff, Guillermo Loaiza-Martinez and

Defendant, United States of America by and through their respective attorneys of record

   THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree that the above adversary proceeding may be dismissed with each party

paying their own costs and attorney's fees based upon the fact that Plaintiff's two

consolidation loans (loans 26 and 27) were discharged based on VA disabled veteran status.

IT IS SO STIPULATED:

///

STIPULATION FOR ORDER OF DISMISSAL - 1

Dated: January 27, 2026
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff


/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel


Dated: January 27, 2026

/s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-533-7970
Kyle.forsyth@usdoj.gov

*Attorneys for United States of America*

STIPULATION FOR ORDER OF DISMISSAL - 2